UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JENNIFER SMITH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner<br>　of Social Security,<br><br>　　　　　　Defendant. | Case No. CV-19-06 -GF-BMM-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED:

1. Motion for Summary Judgment [13] is GRANTED.
2. The Commissioner's final decision denying Plaintiff's claims for disability insurance benefits is REVERSED and REMANDED for an immediate award of benefits from April 1, 2014, through the date last insured.
3. The Clerk of Court is directed to enter judgment accordingly.

Dated this 5th day of June, 2020.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ M. Stewart
　　　　　　　　　　　　　　M. Stewart, Deputy Clerk