UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JENNIFER J. SMITH,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. CV-19-06 -GF-JTJ<br><br><br>AMENDED JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X     Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS HEREBY ORDERED that:

1. Plaintiff's [13] Motion for Summary Judgment is GRANTED.

2. The Commissioners final decision denying Plaintiffs claims for disability insurance benefits is REVERSED and REMANDED for an immediate award of benefits beginning April 1, 2014.

Dated this 13th day of August, 2020.

TYLER P. GILMAN, CLERK

By: /s/ S. Redding
S. Redding, Deputy Clerk