UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JENNIFER J. SMITH,<br><br>**Plaintiff,**<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>**Defendant.** | NO.: CV-19-06-GF-BMM-JTJ<br><br>ORDER AWARDING EAJA FEES |

Plaintiff Jennifer J. Smith ("Smith"), by and through her attorney, John E. Seidlitz, Jr., moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting her Social Security appeal. She requests $10,406.18 in fees.

Defendant Commissioner of Social Security ("Commissioner") does not object to Smith's application for fees in this amount.

IT IS HEREBY ORDERED that attorney fees in the amount of $10,406.18 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

1

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows:

>   Seidlitz Law Office
>   P.O. Box 1581
>   Great Falls, MT 59403-1581

If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff's attorney and mailed to Plaintiff's attorney's office at the address stated above.

DATED this 14th day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court